KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7220
   Facsimile: (415) 436-7234
   Email: william.c.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. No.  3-06-70269 EDL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| YING HER, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

     1.  The above-captioned matter came before the Court on May 5, 2006 for a detention hearing.  The defendant was represented by Assistant Public Defender David W. Fermino and the government was represented by William C. Martin, Assistant United States Attorney.  The case was set for status on May 19, 2006 for status on posting of bond and presentation of surety.

     2.  The government requested an exclusion of time from May 5, 2006 to May 19, 2006 based on effective preparation and continuity of counsel.  The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**No.  3-06-70269 EDL**

1  exclusion of time under the Speedy Trial Act.  The reason for this request is that counsel for the
2  government requires additional time to investigate and provide discovery to the defendant.  The
3  failure to grant the requested exclusion would unreasonably deny counsel for the defense the
4  reasonable time necessary for effective preparation, taking into account the exercise of due
5  diligence.  <u>See id.</u>  The ends of justice would be served by the Court excluding the proposed time
6  period.  These ends outweigh the best interest of the public and the defendant in a speedy trial.
7  <u>See id.</u> § 3161(h)(8)(A).  Therefore, the parties are requesting an extension of time under Rule
8  5.1(d) and an exclusion of time under the Speedy Trial Act.  The parties agree that the time from
9  May 5, 2006 to May 19, 2006 should be extended under Rule 5.1(d) and excluded in computing
10 the time within which an information or indictment must be filed.  <u>See</u> 18 U.S.C. §
11 3161(h)(8)(A) and (B)(iv).

12      5.  For the reasons stated, the time period from May 5, 2006 to May 19, 2006 is extended
13 under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
14 U.S.C. § 3161(h)(8)(A).

15 SO STIPULATED

17  DATED: May 19, 2006                              /s/
                                                DAVID W. FERMINO
18                                              Attorney for the Defendant

20 DATED: May 19, 2006                              /s/
                                                WILLIAM C. MARTIN
21                                              Assistant United States Attorney

23 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25 DATED: May 23, 2006                        _____
                                             ELIZABETH D. LAPORTE
26                                           UNITED STATES MAGISTRATE JUDGE



**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**No.  3-06-70269 EDL**                    2