1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2

3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  WILLIAM C. MARTIN (ILBN 6272668)
   Assistant United States Attorney
5
      450 Golden Gate Avenue
6     San Francisco, California  94102
      Telephone: (415) 436-7220
7     Facsimile: (415) 436-7234
      Email: william.c.martin@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    )   Criminal No. No.  3-06-70269 EDL
                                  )
15 |     Plaintiff,                )
                                  )
16 |                               )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER EXCLUDING TIME**
17 |     v.                        )
                                  )
18 |                               )
   | YING HER,                     )
19 |                               )
   |     Defendant.                )
20 |_____)

21
   The parties stipulate and agree, and the Court finds and holds, as follows:
22
          1.  The above-captioned matter came before the Court on May 19, 2006 for status on
23
   posting of bond and presentation of surety.  The defendant was represented by Assistant Public
24
   Defender David W. Fermino and the government was represented by William C. Martin,
25
   Assistant United States Attorney.  The case was set for arraignment on May 26, 2006.
26
          2.  On May 23, 2006, the government had to postpone its time before the Grand Jury
27
   and requested the court reschedule arraignment for June 2, 2006 before Magistrate Judge James.
28
   Accordingly, the government requests an exclusion of time from May 19, 2006 to June 2, 2006.

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
No.  3-06-70269 EDL

1  The reason for this request is that counsel for the government requires additional time to
2  investigate the potential charges against the defendant and provide additional discovery to the
3  defendant.  The failure to grant the requested exclusion would unreasonably deny counsel for the
4  government the reasonable time necessary for effective preparation, taking into account the
5  exercise of due diligence.  <u>See id.</u>  The ends of justice would be served by the Court excluding
6  the proposed time period.  These ends outweigh the best interest of the public and the defendant
7  in a speedy trial.  <u>See id.</u>  § 3161(h)(8)(A).

8        3.  The defendant stipulates to the reasons justifying the extension of time under
9  Federal Rule of Criminal Procedure 5.1(d) and the exclusion of time under the Speedy Trial Act.
10  Therefore, the parties agree that the time from May 19, 2006 to June 2, 2006 should be extended
11  under Rule 5.1(d) and excluded in computing the time within which an information or indictment
12  must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

13        4.  For the reasons stated, the time period from May 19, 2006 to June 2, 2006 is extended
14  under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18
15  U.S.C. § 3161(h)(8)(A).

16  SO STIPULATED

18  DATED:   May 24, 2006                          /s/
                                                   DAVID W. FERMINO
19                                                 Attorney for the Defendant

21  DATED:   May 24, 2006                          /s/
                                                   WILLIAM C. MARTIN
22                                                 Assistant United States Attorney

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  DATED: May 25, 2006
                                                   ELIZABETH D. LAPORTE
27                                                 UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIPULATION AND [~~PROPOSED~~]
ORDER EXCLUDING TIME
No.  3-06-70269 EDL                          2